UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEGAN T. NICOSIA,<br><br>                            *Plaintiff,*<br><br>- against –<br><br>Jeanine Conners Nicosia<br><br>                            *Defendant.* | **Case No. 26-cv-3168** |

## CERTIFICATE OF SERVICE

I, Neal D. Frishberg, Esq., certify that on April 17, 2026, I caused a true and correct copy of the Notice of Removal, together with all exhibits annexed thereto, to be served upon counsel for Plaintiff via electronic mail, pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure, to the following:

Michael D. Meth, Esq.
Meth Law Offices, P.C.
10 Moffatt Lane, Suite 2
P.O. Box 560
Chester, New York 10918
Email: michael@methlaw.com

Service was made by transmitting the documents in PDF format to the above-listed email address, which is regularly used by counsel for the receipt of legal papers.

I also caused a true and correct copy of the Notice of Removal, together with the exhibits annexed thereto to be served upon counsel for Plaintiff by uploading them to the New York Case Electronic Filing System (NYSCEF) under the case *Nicosia v. Nicosia*, Supreme Court, Orange County, Index No. EF003004-2026

Dated: Goshen, New York
April 16, 2026

/s/ Neal D. Frishberg

Neal D. Frishberg, Esq.
Fabricant Lipman & Frishberg, PLLC
Attorneys for Defendant
One Harriman Square
P.O. Box 60
Goshen, New York 10924
(845) 294-7944