UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Megan Nicosia,<br><br>        Plaintiff,<br><br>        v.<br><br>Jeanine Conners Nicosia,<br><br>        Defendant. | Case No.: 26-cv-3168 |

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for the defendant Jeanine Conners Nicosia, in the above-referenced action, and requests that copies of all notices and papers filed in connection with the action be sent to the address stated below.

Dated: New York, New York
        April 29, 2026

**Veridian Legal P.C.**

By: Daniel S. Szalkiewicz, Esq.
23 West 73rd Street, Suite 102
New York, New York 10023
(212) 706-1007
daniel@veridianlegal.com
*Attorneys for Defendant*

1