UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Megan Nicosia,<br><br>    Plaintiff,<br>    v.<br><br>Jeanine Conners Nicosia,,<br><br>    Defendant. | Case No. 26-cv-3168<br><br>**CONSENT TO CHANGE ATTORNEYS** |

      **IT IS HEREBY CONSENTED TO AND AGREED**, that Veridian Legal, P.C., having an address of 23 West 73rd Street, Suite 102, New York, NY 10023, be substituted as attorneys of record for the Defendant herein in place and stead of Fabricant Lipman & Frishberg, PLLC, One Harriman Square, P.O. Box 60, Goshen, NY 10924.

      **IT IS FURTHER STIPULATED AND AGREED**, that a copy this Consent transmitted and received by facsimile and/or electronic means shall have the same force and effect as an original. This Consent can further be executed in separate parts.

Dated: April 24, 2026

Veridian Legal P.C.

By: Daniel S. Szalkiewicz, Esq.
Cali P. Madia, Esq.
23 West 73rd Street, Suite 102
New York, NY 10023
Telephone: (212) 706-1007
daniel@veridianlegal.com

Fabricant Lipman & Frishberg, PLLC

Neal D. Frishberg
Digitally signed by Neal D. Frishberg
DN: cn=Neal D. Frishberg, o=Fabricant
Lipman & Frishberg, PLLC, ou,
email=nfrishberg@nfrishberg.com, c=US
Date: 2026.04.27 20:18:22 -04'00'

By: Neal D. Frishberg
One Harriman Square
P.O. Box 60
Goshen, NY 10924

*Jeanine Conners*

Jeanine Conners Nicosia

1

Doc ID: 11699a8ef3c5cfa1dd0a33a63752b78d3d996468