# VERIDIAN LEGAL

23 West 73rd Street
Suite 102
New York, NY 10023

T: (212) 706-1007
F: (646) 849-0033
www.veridianlegal.com

April 29, 2026

**Via ECF**
Hon. Jessica G. L. Clarke

*Re: Nicosia v. Nicosia*
*Case No. 7:26-cv-03168*

Dear Judge Clarke:

We represent Defendant Jeanine Conners Nicosia in the above-captioned action and respectfully request that the Court set a deadline for Plaintiff Megan Nicosia to file and serve a complaint.

Plaintiff commenced this action in the Supreme Court of the State of New York, County of Orange, on March 25, 2026, by filing a Verified Summons with Notice. The summons asserts claims for defamation, libel, defamation per se, and tortious interference with prospective business relations, and seeks damages in the amount of $8,500,000.00.

Defendant was personally served on March 28, 2026, and appeared on March 31, 2026, serving a Demand for Complaint pursuant to CPLR 3012(b). Under CPLR 3012(b), Plaintiff was required to serve a complaint within twenty days. *See See Aktar v NY City Health*, 2023 N.Y. Misc. LEXIS 9131, at *3 [Sup Ct, Queens County Jan. 6, 2023, No. 728428/21]). This deadline expired on or about April 20, 2026, yet Plaintiff has failed to serve a complaint.

On April 17, 2026, Defendant removed the action to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. Despite removal, Plaintiff still has not filed or served a complaint. More than twenty days has elapsed and Plaintiff remains in default of the statutory requirement to plead. Absent a complaint, Defendant cannot meaningfully respond to the allegations, and the case cannot proceed.

Accordingly, Defendant respectfully requests that the Court enter an order directing Plaintiff to file and serve a complaint within fourteen days of the Court's order, and providing that failure to comply may result in dismissal of the action.

We thank the Court for its consideration of this application.

Respectfully submitted,

VERIDIAN LEGAL P.C.
/s/*Daniel Szalkiewicz*
By: Daniel S. Szalkiewicz, Esq.

cc: Michael D. Meth, Esq. (via email)

Veridian Legal P.C.