UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEGAN NICOSIA,

               Plaintiff,

       -against-

JEANNINE CONNERS NICOSIA,

               Defendant.

26-CV-3168 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On April 17, 2026, Defendant filed a notice of removal of this action from the Supreme Court of New York, Orange County, asserting removal was proper on the basis of diversity jurisdiction. *See* ECF No. 1. No Complaint was attached, but Defendant attached as an exhibit a demand for the Complaint that was returnable on April 20, 2026. ECF No. 1-3. Defendant notified the Court on April 29, 2026, that she still has not been served or otherwise had access to the Complaint in this action. ECF No. 8. Plaintiff shall file her Complaint by **May 8, 2026**. Defendant shall have 21 days from Plaintiff's filing of the Complaint in this action to answer or move in response.

Defendant is directed to serve a copy of this Order on Plaintiff by May 4, 2026. The Clerk of Court is directed to terminate ECF No. 8.

Dated: April 29, 2026
      White Plains, New York

               SO ORDERED.

               JESSICA G. L. CLARKE
               United States District Judge