UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEGAN NICOSIA,

                              Plaintiff,

              -against-

JEANNINE CONNERS
NICOSIA                       Defendant.

26-CV-3168 (JGLC)

**ORDER OF REFERENCE TO A
MAGISTRATE JUDGE**

JESSICA G. L. CLARKE, United States District Judge:

This action is referred to the designated Magistrate Judge for the following purpose(s):

[✔] General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

[ ] Specific Non-Dispositive Motion/Dispute: _____

[ ] If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

[ ] Settlement

[ ] Inquest After Default/Damages Hearing

[ ] Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

[ ] Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

[ ] Habeas Corpus

[ ] Social Security

[ ] Dispositive Motion (i.e., motion requiring a Report and Recommendation).
Particular Motion: _____

All such motions: _____

Dated:  April 29, 2026
        White Plains, New York

SO ORDERED.

_Jessica Clarke_____

JESSICA G. L. CLARKE
United States District Judge